DOMINIC CANTALUPO
California State Bar No. 163983
*Law Office Of Dominic Cantalupo*
100 Wilshire Boulevard, Ste 950
Santa Monica, California 90401-1145
Tel.   (310) 397-2637
Fax.   (310) 388-6016
dcantalupo@att.net

Counsel for Defendant,
Vincent Vo

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   CR 11-1075-17-SJO |
|---|---|
| Plaintiff, | ORDER TO AMEND JUDGMENT AND COMMITMENT ORDER FOR DEFENDANT VINCENT VO |
| vs. | |
| ARMAN GRIGORYAN et al., (#17) VINCENT VO, | |
| Defendant. | |

The Court has read and considered the ex parte application of defendant Vincent Vo in which he requests that the Judgment and Commitment Order be amended, and for good cause shown, declares and orders, as follows:

//

//

//

//

CC:   BUREAU OF PRISON

U.S. Marshal

# O R D E R

For Good Cause Shown:

**IT IS HEREBY ORDERED** that the Judgment and Commitment order for defendant Vincent Vo shall be amended to reflect the following:

1) The defendant shall be committed to the custody of the Bureau of Prisons for a term of five (5) months.

2) The conditions of supervised release shall include the condition that the defendant shall participate for a period of five (5) months in a home detention program which shall include electronic monitoring and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment.

**IT IS HEREBY FURTHER ORDERED** that the clerk of the court shall deliver a certified copy of the amended Judgment and Commitment order to the United States Marshal Service, and the United States Marshal shall transmit the amended Judgment and Commitment order to the Bureau of Prisons.

**IT IS SO ORDERED.**

Dated: August 25, 2013

HONORABLE S. JAMES OTERO,
UNITED STATES DISTRICT JUDGE